# ELECTRONIC RECORD

COA #14-13-00487-CR

STYLE: David Austin Price v The State of Texas

COA DISPOSITION: Affirmed

DATE: January 15, 2015   Publish: Yes

OFFENSE: Theft

COUNTY: Harris

TRIAL COURT: 185th District Court

TC CASE #:1368261

## IN THE COURT OF CRIMINAL APPEALS

STYLE: David Austin Price v The State of Texas

CCA # _____

_____ **APPELLANT'S**   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED

DATE: ___ 03/18/2015 _____

JUDGE: ___ Per Curiam _____

CCA Disposition: _____ **176-15**

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**